**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**RUBEN DARIO PARRA,** and all others similarly situated under 29 U.S.C.216(b),

Plaintiff,

vs. **CASE NO.: 16-CV-~~2016~~ 20156 King/Torres**

**RAMON ARTURO CAFFI** d/b/a
**CAFFI BROTHERS BODY SHOP,**
**JANET CAFFI,**

Defendants.
_______________________________________/

**ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

THIS CAUSE came before the Court upon the parties' Joint Motion for Court Approval of Confidential Settlement Agreement and Dismissal of Case with Prejudice, and the Court having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ordered and adjudged, as follows:

1. That the Confidential Settlement Agreement among the Parties is hereby approved as being a fair and reasonable compromise of the many disputed issues of law and fact remaining in this action, many of which the Court is aware, from the pleadings filed in the case thus far;

2. That the Joint Motion for Court Approval of Confidential Settlement Agreement and Dismissal of Case with Prejudice is hereby GRANTED and the confidential settlement agreement is approved by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982);

3. That this Court reserves jurisdiction for purposes of enforcing the settlement agreement; and

4. That otherwise, this action is dismissed with prejudice, and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida, this 29 day of February, 2016.

James Lawrence King
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record